

**FILED**

MAR 16 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. MJ. 11-065 EFB |
| ) | D⋯⊃ |
| Plaintiff, ) | [PROPOSED] ORDER UNSEALING |
| ) | COMPLAINT AND ARREST WARRANT |
| v. ) | |
| ) | |
| JASON SCOTT DAVIS, ) | |
| ) | |
| ) | |
| Defendant. ) | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint, arrest warrant and supporting affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: March __16__, 2011

_____
United States Magistrate Judge

1