IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )   No. MJ. 11-065 EFB
                                 )
                Plaintiff,       )   ORDER DISMISSING COMPLAINT
                                 )
      v.                         )
                                 )
JASON SCOTT DAVIS,               )
                                 )
                Defendant.       )
_____  )

     Pursuant to Rule 48(a), and in the interest of justice, the government's motion to dismiss the complaint in the above-captioned case is hereby granted.  The complaint is dismissed without prejudice, and the complaint and arrest warrant, both of which were previously filed under seal, are hereby ordered unsealed.

     SO ORDERED.


DATED: March 17, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ddad1
davis0065.ord.dism.wpd

1